Date signed June 08, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 11-11622 |
|---|---|
| Mexico Farms, LLC, | Chapter 11 |
| Debtor | |

## MEMORANDUM TO SPECIAL COUNSEL

     Having reviewed the First Application for Interim Compensation of Debtor's Special Counsel (the "Fee Application") filed by Miller, Miller & Canby ("Special Counsel"), together with the opposition thereto filed by the United States Trustee, the court advises Special Counsel to seek the guidance of Debtor's bankruptcy counsel regarding the format and contents of the Fee Application.

cc:    Debtor
        U.S Trustee
        Justin M. Reiner, Pels Anderson LLC, 4833 Rugby Ave., 4th Floor, Bethesda, MD 20814
        Glenn Michael Anderson, Miller, Miller & Canby, 200 B Monroe Street, Rockville, MD 20850

**End of Memorandum**